No. 327, Misc. PATTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. *Wesley S. Williams* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

.

No. 66.  COX *v.* UNITED STATES;
No. 67.  THOMPSON *v.* UNITED STATES; and
No. 68.  ROISUM *v.* UNITED STATES, 332 U. S. 442. Rehearing denied.

No. 442.  PHILLIPS *v.* BALTIMORE & OHIO RAILROAD Co., 332 U. S. 844.  Rehearing denied.

No. 205.  GLOBE LIQUOR CO., INC. *v.* SAN ROMAN ET AL., DOING BUSINESS AS INTERNATIONAL INDUSTRIES, 332 U. S. 571.  The petitions for rehearing are denied.  The motion for stay of mandate is also denied.

FEBRUARY 5, 1948.

No. 351, Misc. EGGERS *v.* CALIFORNIA. On petition for writ of certiorari to the Supreme Court of California. Application for stay of execution granted pending further order of this Court.